# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-07448 JAK (JCGx) | Date | December 21, 2012 |
| Title | Noema Ramirez v. DeRoyal Industries, Inc. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On December 20, 2012, Plaintiff filed "Joint Notice of Settlement" (Dkt. 33). The Court sets an Order to Show Cause re Dismissal for February 4, 2013 at 1:30 p.m. If the parties file a dismissal by February 1, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The February 11, 2013 Final Pretrial Conference, February 22, 2013 Exhibit Conference, and February 26, 2013 Jury Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                                    Initials of Preparer   ak